# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Paul Zimmerman,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-cv-295-MR
(3:02-cr-156-3)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2011 Order.

    Signed: February 23, 2011

Frank G. Johns, Clerk
United States District Court